UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-21690

MANUEL SALVADOR JARQUIN )
OBANDO and all others similarly situated )
under 29 U.S.C. 216(b), )
  )
           Plaintiff, )
    vs. )
  )
FLY & FORM, INC., )
  )
           Defendant. )
_____ )

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Comes Now Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Notice of Compliance and in support thereof states as follows:

On June 6, 2015, Plaintiff's Counsel provided Defendants' Counsel with a copy of this Court's Order Setting Initial Planning and Scheduling Conference [DE 5].

Respectfully Submitted,

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## CERTIFICATE OF SERVICE

       I hereby certify that on June 6, 2015, I electronically filed the Certificate of Compliance with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/Steven C. Fraser  
       Steven C. Fraser, Esq.  
       Fla. Bar No. 625825  
       J.H. Zidell, P.A.  
       Attorney for Plaintiff  
       300 71st Street #605  
       Miami Beach, Florida 33141  
       Tel: (305) 865-6766  
       Fax: (305) 865 – 7167  
       Email: steven.fraser.esq@gmail.com

## SERVICE LIST

**Via cm/ECF**  
Sunhaill Morales, Esquire  
Fisher & Phillips  
450 East Las Olas Blvd  
Suite 800  
Fort Lauderdale, Florida 33301  
(954) 425-4800  
(954) 525-8739